IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MILTON GOINS, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. |
| | : | 7:09-cv-133 (HL) |
| ROCKY DAVIS, in his official capacity as an Emmanuel County Deputy Sheriff, et al., | : | |
| Defendants. | : | |

## ORDER

Before the Court is the parties' stipulation of dismissal (Doc. 36). In the stipulation, the parties appear to agree to dismiss from this case, without prejudice, Defendant Rocky Davis, in his official capacity as an Emanuel County Deputy Sheriff. The parties cite Federal Rules of Civil Procedure Rule 41(a). A proposed order was filed along with the stipulation.

Rule 41(a) does not permit the parties to stipulate to the dismissal of a party. The rule explicitly states that a "plaintiff may dismiss *an action* without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1) (emphasis added). In contrast, the governing rule for dismissing a party from a case is Rule 21. The rule provides that "on motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21.

The Court is unclear as to what the parties request in their stipulation of dismissal. Accordingly, they are ordered to file a Rule 21 motion if they wish to drop

Defendant Rocky Davis from the case. If they stipulate to dismiss the entire case, then they must file a Rule 41(a) stipulation of dismissal with the signatures of all the parties. The parties must file by May 21, 2010.

**SO ORDERED**, this the 17th day of May, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc