# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MILTON GOINS,** *et al.***,** <br><br> Plaintiffs, <br> vs. <br><br> **ROCKY DAVIS, in his official capacity as an Emanuel County Deputy Sheriff,** *et al.***,** <br><br> Defendants. | **CIVIL ACTION FILE** <br><br> **NO. 7:09-CV-133 (HL)** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT ROCKY DAVIS IN HIS OFFICIAL CAPACITY

Upon motion and consent of all Parties, Defendant Rocky Davis in his official capacity as an Emanuel County Deputy Sheriff is hereby DISMISSED from this action without prejudice. There being no just reason for delay, the Court certifies this dismissal as final under Rule 54 (b).

**SO ORDERED**, this the 21st day of May, 2010.


*s/ Hugh Lawson*
HUGH LAWSON, Judge